**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **HENRY R. MANNELLA** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-22156GLT** |

# Form 4100N
## Notice of Final Cure Payment                                                                10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** LSF9 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 5 5 4 9

**Property Address:** 456 DENNISON DR
WEST MIFFLIN PA 15122

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 30,658.15 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 30,658.15 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 16,498.08 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 16,498.08 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 47,156.23 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

  Current monthly mortgage payment                                                                  $ $919.41

  The next postpetition payment is due on   9 / 1 / 2021
                                           MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **HENRY R. MANNELLA** | Case number *(if known)* | **16-22156GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour         Date  08/03/2021
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com |

| Debtor 1 | HENRY R. MANNELLA | Case number *(if known)* | 16-22156GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 01/25/2018 | 1068062 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 46.60 |
| 03/28/2018 | 1074431 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 566.63 |
| 04/24/2018 | 1077668 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 466.24 |
| 05/25/2018 | 1080928 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,407.56 |
| 06/22/2018 | 1084075 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 465.70 |
| 07/26/2018 | 1087290 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 455.33 |
| 08/28/2018 | 1090504 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,181.15 |
| 09/25/2018 | 1093636 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 464.83 |
| 10/29/2018 | 1096885 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,421.45 |
| 11/27/2018 | 1100023 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 454.07 |
| 12/21/2018 | 1103128 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 453.76 |
| 01/25/2019 | 1106335 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,331.44 |
| 02/25/2019 | 1109586 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 425.32 |
| 03/25/2019 | 1112879 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,511.90 |
| 04/26/2019 | 1116172 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 766.25 |
| 05/24/2019 | 1119571 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,203.63 |
| 06/25/2019 | 1122968 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 784.01 |
| 07/29/2019 | 1126413 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 798.49 |
| 08/27/2019 | 1129882 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 113.69 |
| 10/24/2019 | 1136519 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 633.60 |
| 11/25/2019 | 1139988 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 772.03 |
| 12/23/2019 | 1143368 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 660.86 |
| 01/28/2020 | 1146826 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,437.00 |
| 02/25/2020 | 1150351 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 651.21 |
| 03/23/2020 | 1153834 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 662.26 |
| 04/27/2020 | 1157294 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,403.74 |
| 05/26/2020 | 1160634 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 599.62 |
| 06/26/2020 | 1163771 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,247.56 |
| 07/29/2020 | 1166891 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 629.88 |
| 08/25/2020 | 1169968 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 629.96 |
| 09/28/2020 | 1173053 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,524.99 |
| 11/24/2020 | 1179217 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,103.81 |
| 02/22/2021 | 1188261 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 88.88 |
| 03/26/2021 | 1191540 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,942.27 |
| 04/26/2021 | 1194800 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 352.63 |
| | | | | 30,658.15 |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 11/24/2020 | 1179217 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 6,269.62 |
| 11/24/2020 | 1179217 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,867.18 |
| 02/22/2021 | 1188261 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 20.15 |
| 02/22/2021 | 1188261 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,853.36 |
| 03/26/2021 | 1191540 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 476.13 |
| 03/26/2021 | 1191540 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 440.22 |
| 03/26/2021 | 1191540 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 181.54 |
| 04/26/2021 | 1194800 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 31.52 |
| 04/26/2021 | 1194800 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 79.93 |
| 04/26/2021 | 1194800 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 374.75 |
| 04/26/2021 | 1194800 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 86.45 |
| 05/25/2021 | 1197931 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,139.63 |
| 05/25/2021 | 1197931 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 460.37 |
| 06/25/2021 | 1201114 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,616.62 |
| 07/16/2021 | 1201114 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/PRINC | -1,616.62 |
| 07/26/2021 | 1204316 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,217.23 |
| | | | | 16,498.08 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/26/2016 | 1016486 | CALIBER HOME LOANS INC | AMOUNTS DISBURSED TO CREDITOR | 1,844.12 |
| 11/21/2016 | 1021154 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 960.72 |
| 12/21/2016 | 1024451 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 997.50 |
| 01/27/2017 | 1027921 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,539.70 |
| 02/24/2017 | 1031334 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,064.50 |
| 03/28/2017 | 1034773 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,091.12 |

| Debtor 1 | HENRY R. MANNELLA | Case number *(if known)* | 16-22156GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 04/17/2017 | 1024451 | LSF9 MASTER PARTICIPATION TRUST | CANCELLED CHECK TO CREDITOR/CONT | -997.50 |
| 04/17/2017 | 1036277 | LSF9 MASTER PARTICIPATION TRUST | PREWRITTEN CHECK TO CREDITOR/CON | 997.50 |
| 04/21/2017 | 1038064 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,122.10 |
| 05/25/2017 | 1041343 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,147.49 |
| 06/27/2017 | 1044726 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,754.49 |
| 07/25/2017 | 1048045 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,192.39 |
| 08/25/2017 | 1051381 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,185.16 |
| 09/26/2017 | 1054709 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 403.35 |
| 10/25/2017 | 1058068 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,225.93 |
| 11/21/2017 | 1061341 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,410.86 |
| 12/21/2017 | 1064623 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,448.77 |
| 01/25/2018 | 1068062 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 02/23/2018 | 1071236 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 03/28/2018 | 1074431 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 04/24/2018 | 1077668 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 05/25/2018 | 1080928 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 06/22/2018 | 1084075 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 07/26/2018 | 1087290 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 08/28/2018 | 1090504 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 09/25/2018 | 1093636 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 10/29/2018 | 1096885 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 11/27/2018 | 1100023 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 12/21/2018 | 1103128 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 01/25/2019 | 1106335 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 02/25/2019 | 1109586 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 03/25/2019 | 1112879 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 04/26/2019 | 1116172 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 05/24/2019 | 1119571 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 06/25/2019 | 1122968 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 07/29/2019 | 1126413 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 08/27/2019 | 1129882 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 09/24/2019 | 1133191 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 10/24/2019 | 1136519 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 11/25/2019 | 1139988 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 12/23/2019 | 1143368 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 01/28/2020 | 1146826 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 02/25/2020 | 1150351 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 03/23/2020 | 1153834 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 04/27/2020 | 1157294 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 05/26/2020 | 1160634 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 06/26/2020 | 1163771 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 07/29/2020 | 1166891 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 08/25/2020 | 1169968 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 09/28/2020 | 1173053 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 12/21/2020 | 1182171 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 2,758.23 |
| 01/25/2021 | 1185135 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 02/22/2021 | 1188261 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 03/26/2021 | 1191540 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 04/26/2021 | 1194800 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 05/25/2021 | 1197932 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 06/25/2021 | 1201115 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| 07/26/2021 | 1204316 | LSF9 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 919.41 |
| | | | | 57,922.83 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

HENRY R. MANNELLA
456 DENNISON DRIVE
WEST MIFFLIN, PA  15122

BRYAN P KEENAN ESQ
BRYAN P KEENAN & ASSOC PC
993 GREENTREE RD STE 101
PITTSBURGH, PA  15220

LSF9 MASTER PARTICIPATION TRUST
C/O SELECT PORTFOLIO SERVICING INC
ATTN.: REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


8/3/21                                              /s/ Roberta Saunier
                                                    Administrative Assistant
                                                    Office of the Chapter 13 Trustee