**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

HENRY R. MANNELLA

         Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
        Movant
        vs.
No Respondents.

Case No.:16-22156

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2021

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 06/10/2016  and confirmed on 8/11/16 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 183,227.21 |
| Less Refunds to Debtor | 2,885.13 | |
| TOTAL AMOUNT OF PLAN FUND | | 180,342.08 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,564.56 | |
|    Trustee Fee | 8,985.90 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,550.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 0.00 | 57,922.83 | 0.00 | 57,922.83 |
|    Acct: 5549 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 30,658.15 | 30,658.15 | 0.00 | 30,658.15 |
|    Acct: 5549 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 355.22 | 355.22 | 156.18 | 511.40 |
|    Acct: 6S16 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,730.37 | 1,730.37 | 181.16 | 1,911.53 |
|    Acct: 3867 | | | | |
| WEST MIFFLIN ASD (ALL AREAS) (RE)** | 0.00 | 0.00 | 314.85 | 314.85 |
|    Acct: 0016 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 28.42 | 28.42 | 0.00 | 28.42 |
|    Acct: 6S16 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 16,002.64 | 16,002.64 | 1,669.52 | 17,672.16 |
|    Acct: 6004 | | | | |
| IRVIN WORKS FEDERAL CREDIT UNION* | 0.00 | 37,798.11 | 0.00 | 37,798.11 |
|    Acct: 6020 | | | | |
| | | | | 146,817.45 |
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| HENRY R. MANNELLA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| HENRY R. MANNELLA | 2,885.13 | 2,885.13 | 0.00 | 0.00 |
|    Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 3,064.56 | 3,064.56 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXXXXXXXXXXX4/20 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,372.14 | 1,372.14 | 0.00 | 1,372.14 |
|    Acct: 3867 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 6,809.92 | 6,809.92 | 0.00 | 6,809.92 |
|    Acct: 5549 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 835.12 | 835.12 | 0.00 | 835.12 |
|    Acct: 5549 | | | | |

16-22156                                                                                Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 2,080.24 | 2,080.24 | 0.00 | 2,080.24 |
| Acct: 5549 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 3,415.94 | 3,415.94 | 0.00 | 3,415.94 |
| Acct: 5549 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 3,356.86 | 3,356.86 | 0.00 | 3,356.86 |
| Acct: 5549 | | | | |
| | | | | 17,870.22 |
| **Unsecured** | | | | |
| IRWIN WORKS FEDERAL CRED. UN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7603 | | | | |
| BOYER & PENTEK INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1751 | | | | |
| GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 957O | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3157 | | | | |
| PA DEPARTMENT OF REVENUE* | 103.95 | 103.95 | 0.00 | 103.95 |
| Acct: 3867 | | | | |
| NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4653 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEANNE MANNELLA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 103.95 |

TOTAL PAID TO CREDITORS                                                                  164,791.62

TOTAL CLAIMED
PRIORITY            17,870.22
SECURED             48,774.80
UNSECURED              103.95


Date: 08/26/2021                           /s/ Ronda J. Winnecour
                                           RONDA J WINNECOUR PA ID #30399
                                           CHAPTER 13 TRUSTEE WD PA
                                           600 GRANT STREET
                                           SUITE 3250 US STEEL TWR
                                           PITTSBURGH, PA  15219
                                           (412) 471-5566
                                           cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| HENRY R. MANNELLA | Case No.:16-22156 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour | |
| Movant | Document No.: |
| vs. | |
| No Repondents. | |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 16-22156-GLT |
|---|---|
| Henry R. Mannella | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: jhel | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry R. Mannella, 456 Dennison Drive, West Mifflin, PA 15122-3213 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14243106 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 14243107 | | Boyer & Pentek Inc., Box 114, McKeesport, PA 15135-0114 |
| 14243108 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 14268694 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14243110 | + | Deanne L. Mannella, 456 Dennison Drive, West Mifflin, PA 15122-3213 |
| 14243113 | | Irwin Works Federal Credit Union, 1301 Camp Hollow Rd, West Mifflin, PA 15122 |
| 14318662 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS,INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 15377440 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14311452 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14243116 | + | West Mifflin Area SD, c/o Keystone Municipal Collections, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14257958 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2021 23:21:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14243109 | + | Email/Text: documentfiling@lciinc.com | Aug 27 2021 23:21:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14243112 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2021 23:21:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 14243111 | + | Email/Text: bankruptcy@sccompanies.com | Aug 27 2021 23:22:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14243114 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:21:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 14255890 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14243115 | + | Email/Text: bankruptcy@sw-credit.com | Aug 27 2021 23:21:00 | Southwest Credit Systems, Re: Comcast, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |

District/off: 0315-2                              User: jhel                                    Page 2 of 2
Date Rcvd: Aug 27, 2021                           Form ID: pdf900                               Total Noticed: 19

cr                          LSF9 Master Participation Trust
cr              *+          Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853


TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address


# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Aug 29, 2021                        Signature:         /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed
below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com |
| Bryan P. Keenan | |
| | on behalf of Debtor Henry R. Mannella keenan662@gmail.com |
| | melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor LSF9 Master Participation Trust cwohlrab@raslg.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Allegheny County jhunt@grblaw.com  cnoroski@grblaw.com |
| Jerome B. Blank | |
| | on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com |
| Kevin M Buttery | |
| | on behalf of Creditor LSF9 Master Participation Trust kbuttery@rascrane.com |
| Maria Miksich | |
| | on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |
| | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com |
| | ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | |
| | on behalf of Creditor LSF9 Master Participation Trust smncina@rascrane.com |


TOTAL: 11