IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy 16-22156-GLT |
| **Henry R. Mannella** | ) | Chapter 13 |
| Debtor | ) | Doc No. __ |
| **Henry R. Mannella** | ) | |
| Movant | ) | |
| vs | ) | |
| No Respondent | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **XX The Debtor is not required to pay any Domestic Support Obligations**

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On **September 21, 2020** at docket number **89** the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by **undersigned Counsel duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.]**

Dated: **August 30, 2021**                              /s/Bryan P. Keenan
                                                         **Bryan P. Keenan, PA ID # 89053**
                                                         **Bryan P. Keenan & Associates, P.C.**
                                                         **Attorneys for Debtor**
                                                         **993 Greentree Road, Suite 101**
                                                         **Pittsburgh, PA 15220**
                                                         **(412)-922-5116**
                                                         **keenan662@gmail.com**