FILED
10/12/21 5:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
HENRY R. MANNELLA

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-22156

Chapter 13

Related to Dkt. No. 110

ORDER OF COURT

  AND NOW, this 12th day of October 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO
U.S. BANKRUPTCY JUDGE

jah

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-22156-GLT
Henry R. Mannella  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2
Date Rcvd: Oct 13, 2021      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry R. Mannella, 456 Dennison Drive, West Mifflin, PA 15122-3213 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14243106 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 14243107 | | Boyer & Pentek Inc., Box 114, McKeesport, PA 15135-0114 |
| 14243108 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 14268694 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14243110 | + | Deanne L. Mannella, 456 Dennison Drive, West Mifflin, PA 15122-3213 |
| 14243113 | | Irwin Works Federal Credit Union, 1301 Camp Hollow Rd, West Mifflin, PA 15122 |
| 14318662 | + | LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS,INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-2500 |
| 15377440 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14311452 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14243116 | + | West Mifflin Area SD, c/o Keystone Municipal Collections, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14257958 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 13 2021 23:16:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14243109 | + | Email/Text: documentfiling@lciinc.com | Oct 13 2021 23:16:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 14243112 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 13 2021 23:16:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 14243111 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2021 23:17:00 | Ginnys/Swiss Colony Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14243114 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:16:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 14255890 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14243115 | + | Email/Text: bankruptcy@sw-credit.com | Oct 13 2021 23:16:00 | Southwest Credit Systems, Re: Comcast, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |

| | | |
|---|---|---|
| cr | | LSF9 Master Participation Trust |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021      Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

**Name** — **Email Address**

Brian Nicholas
  on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com

Bryan P. Keenan
  on behalf of Debtor Henry R. Mannella keenan662@gmail.com
  melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com

Charles Griffin Wohlrab
  on behalf of Creditor LSF9 Master Participation Trust cwohlrab@raslg.com

Jeffrey R. Hunt
  on behalf of Creditor Allegheny County jhunt@grblaw.com

Jerome B. Blank
  on behalf of Creditor LSF9 Master Participation Trust pawb@fedphe.com

Kevin M Buttery
  on behalf of Creditor LSF9 Master Participation Trust kbuttery@rascrane.com

Maria Miksich
  on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
  on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
  ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

Sindi Mncina
  on behalf of Creditor LSF9 Master Participation Trust smncina@rascrane.com

TOTAL: 11